Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−15490−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael D King
29 Monmouth Ave
Clementon, NJ 08021

Jessica A Lass−King
29 Monmouth Ave
Clementon, NJ 08021

Social Security No.:
xxx−xx−7196

xxx−xx−4489

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on October 26, 2017.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 27, 2017
JAN: ml

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                          Case No. 17-15490-ABA
Michael D King                                                  Chapter 13
Jessica A Lass-King
     Debtors                   CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2            Date Rcvd: Oct 27, 2017
                               Form ID: 148                Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2017.
db/jdb         +Michael D King,    Jessica A Lass-King,    29 Monmouth Ave,    Clementon, NJ 08021-7114
cr             +Borough of Clementon,    Office of Public Works,    101 Gibbsboro Road,
                 Clementon, NJ 08021-4035
cr             +US Bk Cust/Actlien Holding Inc,    c/o Pellegrino & Feldstein, LLC,    290 Route 46 West,
                 Denville, NJ 07834-1239
516713549      +Borough of Clementon,    101 Gibbsboro Road,    Clementon, NJ 08021-4035
516725360      +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3019
516713556      +Department Store National Bank,     c/o United Recovery Systems,    PO Box 4044,
                 Concord, CA 94524-4044
516713557      +Enhanced Recovery Company , LLC,    PO Box 1259,    Dept 98696,    Oaks, PA 19456-1259
516713561      +Lyons, Doughty & Veldhuis,    136 Gaither Drive,    P.O. Box 1269,    Mount Laurel, NJ 08054-7269
516713566      +Northland Group Inc,    PO Box 390905,    Minneapolis, MN 55439-0905
516938762      +Pinnacle Credit Services, LLC its successors and,     assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,     Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516713567      +Pinnacle LLC/Resurgent,    PO Box 10497,    Greenville, SC 29603-0497
516713570      +Qualia Collection Services,    PO Box 4699,    Petaluma, CA 94955-4699
516713573      +SLS,   8742 Lucent Blvd, suite 300,     Littleton, CO 80129-2386
516853786      +U.S. Bank National Association, Trustee (See 410),     C/O Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516907583      +US Bk Cust/Actlien Holding Inc,    c/o Deborah Feldstein, Esq.,    Pellegrino & Feldstein, LLC,
                 290 Route 46 West,    Denville, NJ 07834-1239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 27 2017 23:27:04       U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 27 2017 23:27:01       United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: bankruptcy@fult.com Oct 27 2017 23:28:13       Fulton Bank of New Jersey,
                 533 Fellowship Road,    Suite 250,   Mt. Laurel, NJ 08054-3411
516713548       EDI: ARSN.COM Oct 27 2017 23:13:00      ARS National Services,    PO Box 463023,
                 Escondido, CA 92046-3023
516713547       EDI: AMEREXPR.COM Oct 27 2017 23:13:00      American Express,    PO Box 26312,
                 Lehigh Valley, PA 18002-6312
516923347       EDI: BECKLEE.COM Oct 27 2017 23:13:00      American Express Travel Related Services Company,,
                 Inc.,   c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516713550      +E-mail/Text: cms-bk@cms-collect.com Oct 27 2017 23:26:49       Capital Management Services, LP,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
516838109       EDI: CAPITALONE.COM Oct 27 2017 23:13:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
516713551      +EDI: CAPITALONE.COM Oct 27 2017 23:13:00      Capital One Bank USA NA,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516918117       EDI: BL-BECKET.COM Oct 27 2017 23:13:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
516713552      +EDI: CHASE.COM Oct 27 2017 23:18:00      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
516713553      +EDI: LEADINGEDGE.COM Oct 27 2017 23:13:00      Citibank/Thehomedepot,
                 c/o Leading Edge Recovery Solutions,     5440 N Cumberland Ave,    Suite 300,
                 Chicago, IL 60656-1486
516774594      +EDI: CONVERGENT.COM Oct 27 2017 23:13:00      Convergent Outsourcing Inc.,    800 SW 39th St,
                 PO Box 9004,    Renton, WA 98057-9004
516713555      +EDI: RCSFNBMARIN.COM Oct 27 2017 23:13:00      Credit One Bank,    PO Box 98873,
                 Las Vegas, NV 89193-8873
516713558      +E-mail/Text: bankruptcy@fult.com Oct 27 2017 23:28:13       Fulton Bank of NJ,    100 Park Ave,
                 Woodbury, NJ 08096-3513
516713560      +EDI: CBSKOHLS.COM Oct 27 2017 23:13:00      Kohls/Capone,    PO Box 3115,
                 Milwaukee, WI 53201-3115
516825255       EDI: RESURGENT.COM Oct 27 2017 23:18:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516847763      +EDI: MID8.COM Oct 27 2017 23:13:00      MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
516713562      +EDI: TSYS2.COM Oct 27 2017 23:13:00      Macys,    PO Box 8218,   Mason, OH 45040-8218
516713563      +EDI: MID8.COM Oct 27 2017 23:13:00      Midland Funding,    2365 Northside Dr,   Suite 300,
                 San Diego, CA 92108-2709
516713568       EDI: PRA.COM Oct 27 2017 23:13:00      Portfolio Recovery Associates,    120 Corporate Blvd,
                 Suite 100,    Norfolk, VA 23502
516713569       EDI: PRA.COM Oct 27 2017 23:13:00      Portfolio Recovery*,    PO Box 12914,   Norfolk, VA 23541
516713571      +EDI: CONVERGENT.COM Oct 27 2017 23:13:00      RBS Citizens NA,    c/o Convergent Outsourcing Inc,
                 800 SW 39th,    PO Box 9004,   Renton, WA 98057-9004
516713572      +EDI: SEARS.COM Oct 27 2017 23:13:00      Sears/CBNA,    PO Box 6283,   Sioux Falls, SD 57117-6283
516713574      +EDI: RMSC.COM Oct 27 2017 23:13:00      Syncb/American Eagle,    PO Box 965005,
                 Orlando, FL 32896-5005
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Oct 27, 2017
                              Form ID: 148             Total Noticed: 46

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516713575        +EDI: RMSC.COM Oct 27 2017 23:13:00      Syncb/OLDNAVYDC,    PO Box 965005,
                  Orlando, FL 32896-5005
516713576        +EDI: RMSC.COM Oct 27 2017 23:13:00      Synchrony Bank/Lowes,    PO Box 965005,
                  Orlando, FL 32896-5005
516713577        +EDI: TDBANKNORTH.COM Oct 27 2017 23:13:00      TD Bank,   PO Box 219,    Lewiston, ME 04243-0219
516815692        +E-mail/Text: bncmail@w-legal.com Oct 27 2017 23:27:10       TD Bank USA, N.A.,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516713578        +EDI: WTRRNBANK.COM Oct 27 2017 23:13:00      TD Bank USA/Target Credit,    PO Box 673,
                  Minneapolis, MN 55440-0673
516713554         E-mail/Text: creditreconciliation@peoples.com Oct 27 2017 23:27:02        Citizens Bank,
                  1000 Lafayette Gill,    Bridgeport, CT 06604
                                                                                              TOTAL: 31

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516713559*       +Jessica A Lass-King,    29 Monmouth Ave,    Clementon, NJ 08021-7114
516713564*       +Midland Funding LLC,    2365 Northside Drive, Ste 300,    San Diego, CA 92108-2709
516713565       ##+Nationwide Credit Inc,    2002 Summit Boulevard,    Suite 600,    Atlanta, GA 30319-1559
                                                                                   TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2017 at the address(es) listed below:
              Bruce C. Truesdale     on behalf of Debtor Michael D King brucetruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Bruce C. Truesdale     on behalf of Joint Debtor Jessica A Lass-King brucetruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Deborah T. Feldstein    on behalf of Creditor    US Bk Cust/Actlien Holding Inc
               dfeldstein@caplaw.net
              Denise E. Carlon    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
               National Association, as Legal Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              James D. Donnelly    on behalf of Creditor    Fulton Bank of New Jersey james.d@donnlaw.com,
               jim.donnlaw@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```